AGNES C. BERNARD v. QUINCY LUCCARELLO.

Feb. 11, 1980.  Petition for certification denied.

FREDERICK W. DONNELLY, INC. v. UNIT ONE
LAWRENCE CO.

Feb. 11, 1980.  Petition for certification denied.  (See 171
*N.J.Super.* 30)

STATE OF NEW JERSEY v. FRED VARLESE.

Feb. 11, 1980.  Petition for certification denied.  (See 171
*N.J.Super.* 347)

EFRAIN RAMIEREZ v. AMSTED INDUSTRIES, INC.

Feb. 11, 1980.  Petition for certification granted.  (See 171
*N.J.Super.* 261)

JOYCE MCDANIELS v. U–HAUL CORP.

Feb. 11, 1980.  Petition for certification denied.

FIRE GUARD SPRINKLER CORP. v. JAMES L. MANOLIO.

Feb. 11, 1980.  Petition for certification granted.  (See 171
*N.J.Super.* 333)